[Cite as *01/15/2003 Case Announcements,* 2003-Ohio-60.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 15, 2003*

### MERIT DECISIONS WITHOUT OPINIONS

**1992–2019. State v. Fox.**
Wood App. No. 90–WD–067. Original petition for a new sentencing hearing, motion for stay of execution, and request for oral argument. Petition dismissed, motion denied, and request denied.

RESNICK, F.E. SWEENEY, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent.

**2002–1494. State ex rel. Talley v. Gorman.**
Montgomery App. No. 19172. IT IS HEREBY ORDERED that this appeal be dismissed sua sponte for lack of a final appealable order. See *State ex rel. Scruggs v. Sadler,* 97 Ohio St.3d 78, 2002-Ohio-5315, 776 N.E.2d 101.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–1527. State ex rel. Bell v. Montgomery Cty. Bd. of Commrs.**
In Mandamus and Prohibition. On return to regular docket and respondent's answer and motion for judgment on the pleadings.

IT IS ORDERED that respondents' motion for judgment on the pleadings be, and hereby is, GRANTED, and that the cause be, and hereby is, DISMISSED.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–1875. State ex rel. Levering v. Beal.**
In Mandamus. On motion to consolidate. Motion denied.

On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–1876. State ex rel. Levering v. Cummin.**
In Mandamus. On motions to consolidate. Motions denied.

On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–1884. State ex rel. Wente v. Cuyahoga Cty. Common Pleas Court.**
In Mandamus. On amended motion to dismiss. Amended motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–1910. State ex rel. Harman v. Cacioppo.**
In Mandamus. On complaint in mandamus by Donald A. Harman.

On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–1992. State ex rel. Domyanich v. McKay.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2027. Phillips v. Irwin.**
In Habeas Corpus. On petition for writ of habeas corpus of Betty J. Phillips.

Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.